**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00346-CV

**ABDUL KHAN, Appellant**

**V.**

**THE CHAI ROAD, INC., D/B/A WATERJET WORKS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07892**

## ORDER

We **GRANT** appellant's October 18, 2016 unopposed motion to extend time to file his reply brief and **ORDER** the reply brief filed no later than October 27, 2016.


/s/      ELIZABETH LANG-MIERS
         JUSTICE